[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

RECEIVED
NOV 02 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MILTON CONTRERAS

(Enter above the full name of the plaintiff or plaintiffs in this action)

17cv7910
Judge Durkin
Mag. Judge Mason
PC 5

vs.

Thomas J Dart
LT. DeLitz

Case No:
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et. al.")

**CHECK ONE ONLY:**

☑ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

☐ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

☐ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: MILTON Verchelino Contreras

   B. List all aliases: N/A

   C. Prisoner identification number: ~~201~~ N/A DOC# 20131004100

   D. Place of present confinement: COOK COUNTY DOC

   E. Address: 2650 S. CALIFORNIA, CHICAGO, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant (s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Thomas J Dart

   Title: Sheriff

   Place of Employment: CCDOC

   B. Defendant: LT. Delitz

   Title: Lieutenant

   Place of Employment: CCDOC

   C. Defendant:

   Title:

   Place of Employment:

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: 15 C 803

B. Approximate date of filing lawsuit: Jan 26 2015

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Milton Contreras

D. List all defendants: Tom Dart, St McCoy & ST. Hernandez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S. District Court for the Northern district of Illinois

F. Name of the judge to whom the case was assigned: Judge Thomas M. Durkin

G. Basic claim made: inhumane living conditions.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): due to officers throwing my paper work during a shake down my claim was dismis w/ prejudes forther more My Attorney at the time took the papers & (copy of letter included)

I. Approximate date of disposition: Just recently mail them back. March 2015.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

### IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On November 14 while exercising on Tier 2Q Division 6 of Cook County Jail, I was assaulted by detainee Willson in plain view of the camera and the officer on duty (3-11 shift). This occured at around 5 or 6 pm (no clock on tier). He was 1 of 6 people who were constantly harrasing me, making physical threats to me, and ordering me to withdraw myself from the tier or physical harm will be done to me. This tier was considered a "Program tier" which meant we all were out all day. This problem began on July 13, 2016. Officer AJ. (the tier go) began to bully me and insult me for no apparent reason telling me I did not belong on a regular deck. He say he was going to send my gay ass to PC (Protective Custody) where the rest of the faggots were. That cause more people to harass me and out of 42 detainees on a very small tier, the harrassment would not stop. I brought the issue to Lt. Delitz and Sup. Beachum. Two detainees were removed, however the two that replaced them were called "Delitz's Boys". One was put in my cell as nobody wanted to be housed with me. I spoke to Lt. Delitz about trying to house me with someone similiar to me. Instead it seems as if she kept placing people of the same affiliation and much larger than my size. I weigh 130 lbs and height 5'5. Lt. Delitz asked me to help teacher April Clark in assisting her with Art class. Because of this, detainees begin to feel jealous, feeling I was being privileged by being off the tier in the morning. They begin to tear up my art work from the walls as a form of getting to me. When I told Lt. Delitz, she did not do anything about it.

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Lt. Delitz have a long history of abusing me and self serving herself with my art work. Me helping Miss Clarch was only an excuse to begin using me again to paint portraits for her friends and family and also to decorate her home. When I met Lt. Delitz it was in Division 11. She brought me on board to paint 10 murals for a program called Recipe for Change. I had no problem doing them since I was locked up and it really was a way of being out of the tier. Six days after they were done, she set up under Officer Walker-Dabner to make me paint for selected officers. She made specific instructions that no one could have me paint anything unless they went through her but as the painting increased and her demands to get this done by an appointed time. A Chiv Mrs. Hasvess and Chiv Morales asked me to paint a portrait. She began to threaten me that if I did not do what she said, I will be transferred to Div 1 or Div 9 where harm will be done to me. Rumors from other disgruntled officers and staff began to emerge stating, Lt. Delitz was selling my art work to officers and people from the street and they were paying with gift cards to make it untraceable. On March of 2015 Internal Affairs stepped in to ask why was I painting so many pictures and making insinuations of me perhaps getting paid with money or some illegal substance. I never done drugs in my life. At that time I was ignorant of everything that really was happening around me. Upon my return to Div 11 (the beginning of July 2015) Lt. Delitz confronted me of an alledge lawsuit that I did know anything about. I started getting harrasment from officers. Smith, Rodriguez, Robles, Chichiani, and Clark to name a few. On August 6, 2015 Lt. Delitz and Officer Ryter sent me out of Div 11 with false alligations of stealing a lunch tray. At the end of August after serving almost a month in segregation for a false ticket, I was moved to Division 1. I was placed in a cell where an inmate who had similiar allegations as my case had just been stabbed several times. I became very nervous and begin to have a panic attack, having difficulty breathing. I feared for my safety. My case is a medium. I had no business on a max deck. I suspected Lt. Delitz had something to do with it. I checked into PC (Protective Custody) and I was put in Division 10 max PC, locked with a yellow suit inmate and later moved to Division 6. All the threats Lt. Delitz had spoke about becoming true. I was moved to the old men's deck by Dan Welch who I had spoke to on many occassions. When I first came to the county as Jne was the transgender counselor.

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017

Around the end of October Lt. Delitz came to talk to me on the tier where I was, telling me she was reassigned to Div 6 from November 2015 to November 2016. Lt. Delitz had me painting for her again. I complied to her demands out of fear, she would tell me that if I speak against her, I will not be safe no matter where they put me in the whole compound. After the assault by detainee and being transported on a stretcher to Stroger Hospital, I found myself a second time on Nov 22nd having to have surgery for a burst appendix. I have waited this long to complain for fear of retaliation from Lt. Delitz. I have paper work of what I stated in this document.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

monetary gain for pain & suffering.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of Oct, 2017

_____
(Signature of plaintiff or plaintiffs)

(Print name) Milton Contreras

(I.D. Number) 2013100400

(Address) 2650 S. California.
Chicago IL 60608

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 04/21/2017